NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE SILVA FAMILY TRUST UTD
2/15/05; ROBERT M. SILVA; and
NORMA SILVA,

        Appellants,

v.

NAPLES ESTATES LIMITED
PARTNERSHIP, an Oregon limited
partnership,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-3619

Opinion filed January 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Donald E. Christopher of Baker
Donelson Bearman Caldwell &
Berkowitz, PC, Orlando, for
Appellants.

J. Allen Bobo and Jody B. Gabel of
Lutz, Bobo & Telfair, P.A., Sarasota,
for Appellee.

PER CURIAM.

        Affirmed.

VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.